DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | CASE NO. 1:07 CR 338 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| Sebastian Timothy Randolph, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant's sentencing is scheduled for Thursday, July 24, 2008. A dispute has arisen as to whether the defendant's prior Mississippi and Michigan convictions are related cases in the context of the issue as to whether the defendant is a career offender.

The Court reads the decision in United States v. Irons, 196 F3d. 634 (6th Cir. 1999) to place the burden on the defendant of establishing that the Mississippi crime and the Michigan crimes were jointly planned, or that the commission of one entailed the other. *See* Irons at 639.

As a consequence, the Court alerts defendant's counsel of the above-described burden. In the interim, the Court will delay a determination as to whether the Mississippi conviction and the Michigan conviction constitute related crimes so as to defeat the government's claim that the defendant is a career offender.

IT IS SO ORDERED.

 July 22, 2008  /s/ David D. Dowd, Jr.
Date David D. Dowd, Jr.
U.S. District Judge